SMITH *v.* STATE OF INDIANA.

[No. 0-758. Filed February 21, 1966.]

*Forest Eugene Smith, pro se.*

PER CURIAM.—The petitioner had filed a petition for permission to file a belated motion for a new trial in the Vigo Circuit Court. Upon the denial of permission to file a belated motion for a new trial, he filed his petition in this court for a writ of certiorari to review the action of the trial court.

He has now by letter informed the court that he has been granted parole and wishes to dismiss his petition for writ of certiorari.

Said petition is now dismissed.

NOTE.—Reported in 214 N. E. 2d 179.